**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Anita Yvonne CLINKINBEARD,
Defendant–Appellant.**

**No. 05–10654.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

Roger L. McRoberts, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Franklyn Ray Mickelsen, Jr., Broden & Mickelsen, Dallas, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Anita Yvonne Clinkinbeard raises arguments that are foreclosed by *United States v. Scroggins*, 411 F.3d 572, 576–77 (5th Cir.2005), which held that the Due Process Clause does not bar the application of Justice Breyer's remedy opinion in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), when resentencing defendants in light of *Booker*. The Government's motion for summary af-

firmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

